# LaMonica Herbst & Maniscalco, LLP

*Moving Forward. Staying Ahead.®*

**Jacqulyn S. Loftin, Esq.**
**Partner**
Direct Dial: 516.804.1557
jsl@lhmlawfirm.com

May 21, 2018

***Via Electronic Filing***
Judge Elizabeth S. Stong
United States Bankruptcy Court, E.D.N.Y.
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East, Suite1595
Brooklyn, NY 11201-1800

<table>
<tr><td><strong>In re</strong></td><td><strong>Avenica, Inc. and Gallant Capital Markets, Ltd.</strong><br><strong>Chapter 11</strong><br><u><strong>Case No. 17-41813 (ESS)</strong></u></td></tr>
<tr><td><strong>In re</strong></td><td><strong>Esther DuVal, as Chapter 11 Trustee of Gallant Capital</strong><br><strong>Markets Ltd. v. AFX Capital Markets Ltd.</strong> <em>et al</em>.<br><u><strong>Adv. Proc. No. 18-1038 (ESS)</strong></u></td></tr>
</table>

To the Honorable Judge Strong:

My firm represents Esther DuVal, the Chapter 11 Trustee (the "Trustee") of the jointly administered estates of Avenica, Inc. ("Avenica") and Gallant Capital Markets, Ltd. ("Gallant", along with Avenica are referred to as the "Debtors").

This letter is to confirm the adjournment of the status conference in the Debtors' jointly administered cases and the pre-trial conference in the above-mentioned adversary proceeding, on consent of Defendants' counsel, from Friday, May 25, 2018 at 10:30 a.m. to **Tuesday, July 17, 2018 at 9:30 a.m.**

Thank you for your attention to this matter.

Respectfully submitted,

***s/ Jacqulyn S. Loftin***
Jacqulyn S. Loftin

JSL:rrl
cc:     Esther DuVal, Trustee (via email)
        Douglas Spelfogel, Esq. (via email)
        Robert M. Schechter, Esq. (via email)
        John S. Mairo, Esq. (via email)

*M:\Documents\Company\Cases\Gallant and Avenica cases\AFX Adv Proc\Ltr of Adjournment.doc*