**LaMonica Herbst & Maniscalco, LLP**
*Moving Forward. Staying Ahead.*®

**Joseph S. Maniscalco, Esq.**
**Member**
p: 516.826.6500 x218
jsm@lhmlawfirm.com

August 1, 2019

*Via Electronic Filing*
Judge Elizabeth S. Stong
United States Bankruptcy Court, E.D.N.Y.
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East, Suite1595
Brooklyn, NY 11201-1800

> **In re   Esther DuVal, as Chapter 11 Trustee of Gallant Capital Markets Ltd. v. AFX Capital Markets Ltd. *et al*.**
> **Adv. Proc. No. 18-1038 (ESS)**

To the Honorable Judge Stong:

My firm represents Esther DuVal, the Chapter 11 Trustee (the "Trustee") of the jointly administered estates of Avenica, Inc. and Gallant Capital Markets, Ltd. (collectively, the "Debtors").

This letter is to confirm the adjournment of the pre-trial conference in the above-mentioned adversary proceeding and the motion to approve the Trustee's Stipulation with the Defendants, on consent of Defendants' counsel, from Thursday, August 1, 2019 at 11:00 a.m. to **Friday, September 6, 2019 at 10:30 a.m.**

Thank you for your attention to this matter.

Respectfully submitted,
*s/ Joseph S. Maniscalco*
Joseph S. Maniscalco

JSM:rrl
cc:   Esther DuVal, Trustee (via email)
        Robert M. Schechter, Esq. (via email)
        John S. Mairo, Esq. (via email)
        Heidi Sorvino, Esq. (via email)

M:\Documents\Company\Cases\Gallant and Avenica cases\AFX Adv Proc\Letters\Ltr of Adjournment 8.1.2019 TO 9.6.2019 at 1030 am.doc