**LaMonica Herbst & Maniscalco, LLP**
*Moving Forward. Staying Ahead.®*

**Jacqulyn S. Loftin, Esq.**
**Partner**
Direct Dial: 516.804.1557
jsl@lhmlawfirm.com

September 5, 2019

*<u>Via Electronic Filing</u>*
Judge Elizabeth S. Stong
United States Bankruptcy Court, E.D.N.Y.
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

      **In re  Esther DuVal, as Chapter 11 Trustee of Gallant Capital**
         **Markets Ltd. v. AFX Capital Markets Ltd.** *et al.*
         <u>**Adv. Proc. No. 18-01038 (ESS)**</u>

To the Honorable Judge Stong:

  My firm represents Esther DuVal, the Chapter 11 Trustee (the "<u>Trustee</u>") of the jointly administered estates of Avenica, Inc. and Gallant Capital Markets, Ltd. (collectively, the "<u>Debtors</u>").

  This letter is to confirm the adjournment of the pre-trial conference in the above-mentioned adversary proceeding and the motion to approve the Trustee's Stipulation with the Defendants, on consent of Defendants' counsel, from Friday, September 6, 2019 at 10:30 a.m. to **<u>Thursday, October 24, 2019 at 10:00 a.m.</u>**

  Thank you for your attention to this matter.

                Respectfully submitted,
                *s/ Jacqulyn S. Loftin*
                Jacqulyn S. Loftin

JSL:rrl
cc: Esther DuVal, Trustee (via email)
   Robert M. Schechter, Esq. (via email)
   John S. Mairo, Esq. (via email)
   Heidi Sorvino, Esq. (via email)

M:\Documents\Company\Cases\Gallant and Avenica cases\AFX Adv Proc\Letters\Ltr of Adjournment 9.6.2019 at 1030 am TO 10.24.2019 at 10 am.doc