# LaMonica Herbst & Maniscalco, LLP
*Moving Forward. Staying Ahead.*®

**Jacqulyn S. Loftin, Esq.**
**Partner**
Direct Dial: 516.804.1557
jsl@lhmlawfirm.com

October 22, 2019

*Via Electronic Filing*
Judge Elizabeth S. Stong
United States Bankruptcy Court, E.D.N.Y.
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

> **In re    Esther DuVal, as Chapter 11 Trustee of Gallant Capital Markets Ltd. v. AFX Capital Markets Ltd.** *et al*.
> **Adv. Proc. No. 18-01038 (ESS)**

To the Honorable Judge Stong:

My firm represents Esther DuVal, solely in her capacity as the Chapter 11 Trustee (the "Trustee") of the jointly administered estates of Avenica, Inc. and Gallant Capital Markets, Ltd.

This letter is to confirm the adjournment of the pre-trial conference in the above-mentioned adversary proceeding and the hearing on the Trustee's sanctions motion, per the Court's direction, from Thursday, October 24, 2019 at 10:00 a.m. to **Friday, November 15, 2019 at 9:30 a.m.**

Thank you for your attention to this matter.

Respectfully submitted,
*s/ Jacqulyn S. Loftin*
Jacqulyn S. Loftin

JSL:rrl
cc:    Esther DuVal, Trustee (via email)
       Robert M. Schechter, Esq. (via email)
       John S. Mairo, Esq. (via email)
       Heidi Sorvino, Esq. (via email)

M:\Documents\Company\Cases\Gallant and Avenica cases\AFX Adv Proc\Letters\Ltr of Adjournment PTC & Hearing on Sanctions Mtn 10.24.19 at 10 am ADJ TO 11.15.19 at 930 am.doc