**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GALLANT CAPITAL MARKETS, LTD., | Case No. 17-41814 (ESS) |
| Debtors. | |
| ESTHER DUVAL, as Chapter 11 Trustee of Gallant Capital Markets, Ltd., Estate, | Adv. Pro. No. 18-01038 (ESS) |
| Plaintiff, | |
| -against- | |
| AFX CAPITAL MARKETS LTD., AFX CAPITAL U.S. CORP., and STO SUPER TRADING ONLINE, | |
| Defendants. | |

**ORDER GRANTING MOTION OF WHITE AND WILLIAMS LLP TO WITHDRAW AS COUNSEL FOR DEFENDANTS AFX CAPITAL MARKETS LTD., AFX CAPITAL U.S. CORP., AND STO SUPER TRADING ONLINE**

This matter having come before the Court on the Motion of White and Williams LLP to Withdraw as Counsel for Defendants AFX Capital Markets Ltd., Afx Capital U.S. Corp., and STO Super Trading Online (the "**Motion**"),[1] the Court having reviewed the pleadings filed herein, and for good cause shown, IT IS HEREBY ORDERED that:

1. ~~The Motion is GRANTED~~.

2. White and Williams LLP is hereby withdrawn as counsel to the Defendants and relieved of any further duty as counsel for Defendants upon the condition that counsel serves Defendants with a copy of this Order, by either personal service or certified mail, within ten (10)

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

days of the date of this Order.  Additionally, counsel shall file a certificate of service showing the date of such service if served personally or a return receipt if served by mail.

3. Defendants' ~~have~~ substitute counsel ***shall*** file a Notice of Appearance.



**Dated: Brooklyn, New York**
**January 15, 2020**

                                                                **Elizabeth S. Stong**
                                                                **United States Bankruptcy Judge**